# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TONZANIA RAYFORD individually
and on behalf of similarly situated
persons,

        Plaintiff,

v.

MOBILE PHLEBOTOMY OF
CENTRAL MICHIGAN LLC (AKA
MPCM SERVICES), AMANDA
BREASBOIS, an individual

        Defendants.

Case No. 1:23-cv-01067

Hon.

_____

David M. Blanchard (P67190)
Kelly R. McClintock (P83198)
BLANCHARD & WALKER, PLLC
Attorneys for Plaintiff
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
blanchard@bwlawonline.com
mcclintock@bwlawonline.com

## COLLECTIVE ACTION COMPLAINT
## AND JURY DEMAND

1. This is a collective action brought on behalf of individuals who are (mis)classified by Defendants as independent contractors and who perform or have performed phlebotomist services for Defendant.

2.      Plaintiff and other similarly situated employees regularly worked over 40 hours per week and were not paid overtime pay at time-and-a-half as required by federal law.

3.      Defendant MPCM Services ("MPCM") contracts with Plaintiff and others similarly situated to provide phlebotomist services to hospitals and healthcare providers, such as McLaren Hospital in Lansing, where Plaintiff worked while employed with MPCM. Defendants control the manner in which these services are performed, and Defendants benefit from the performance of these services. The individuals who perform these services, on whose behalf this collective and class action is brought, are improperly classified as independent contractors and are thus denied the protections of state and federal wage and hour laws.

4.      Plaintiff brings claims on behalf of herself and a collective of similarly situated individuals (the "Phlebotomists") who have performed phlebotomy services and have been misclassified as independent contractors for Defendants who may opt-in to this case under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.* Defendants have violated the FLSA by administering a uniform policy of failing to pay Plaintiff and similarly situated individuals time and one-half their regular rate for hours worked in excess of 40 hours per week.

## JURISDICTION AND VENUE

5. This Court has general federal question jurisdiction pursuant to 28 U.S.C. §1331 because Plaintiff has brought a claim pursuant to the federal Fair Labor Standards Act, 29 U.S.C. §201 *et seq*.

6. Venue is proper in this Court because the events giving rise to this action took place in the district where Defendants do business, maintain a corporate presence, and have substantial contacts.

## PARTIES

7. Plaintiff is an adult resident of Lansing, Michigan who provided phlebotomy services for Defendant in Michigan while classified as an "independent contractor" from November 2022 until April 2023.

8. Plaintiff brings this action on her own behalf and on behalf of others similarly situated, including all individuals in the State of Michigan who may choose to opt-in to this action who have provided phlebotomy services for Defendants, and who were treated as independent contractors, and thus denied overtime pay for hours worked greater than forty (40) hours per week. Similarly situated individuals may also choose to opt-in to this action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).

9. Defendant MPCM is a company having a principal place of business in Merrill, Michigan, out of which it provides mobile phlebotomy services to businesses throughout Michigan.

10. Defendant Amanda Breasbois is the owner and manager of MPCM. Ms. Breasbois is responsible for setting pay policies related to Plaintiff and other similarly situated phlebotomists.

## STATEMENT OF FACTS

11. Defendants hire individuals, including Plaintiff and others similarly situated, to perform phlebotomy services for their clients, as so-called "independent contractors."

12. Although Defendants classify these phlebotomists as "independent contractors," the nature of the services they perform, and the manner in which they perform these services, make it clear that they are employees under the law who are economically dependent upon Defendants for their livelihood.

13. Plaintiff and other similarly situated phlebotomists work 40 or more hours a week.

14. Plaintiff and other similarly situated phlebotomists work alongside other w-2 employees doing the same work on the same or similar schedules.

15. Plaintiff and other similarly situated phlebotomists are subject to dress and conduct codes and responsible for a regular schedule at their workplace.

16. Plaintiff and other similarly situated phlebotomists are restricted from working as phlebotomists for any other employer in Michigan.

17. Defendants failed to pay any overtime premium for hours worked over forty in a workweek.

18. Defendants told Plaintiff that she was ineligible for overtime wages.

## COUNT I
### Unpaid Overtime Violation of
### The Fair Labor Standards Act of 1938 ("FLSA")

19. Plaintiff incorporates the foregoing allegations of this Complaint as if fully stated herein.

20. Defendants are employers within the coverage of the FLSA, 29 U.S.C. § 203(d).

21. Plaintiff is an employee within the coverage of the FLSA, 29 U.S.C. § 203(d).

22. Defendants are engaged in commerce as defined by the FLSA, 29 U.S.C. §201 *et seq*.

23. Defendants have revenues in excess of $500,000 per year during the time of Plaintiff's employment with Defendants.

24. Defendants were required to compensate Plaintiff and others similarly situated at one-and-one-half times their regular hourly rate for hours worked in excess of 40 hours per week.

25. Defendants' knowing and willful failure to properly pay time-and-a-half for hours worked more than forty (40) in a week to Plaintiff and other similarly situated phlebotomists based on their misclassification as "independent contractors" violates the FLSA, 29 U.S.C. §201 *et seq*.

26. The FLSA collective includes individuals that provided phlebotomy services for any Defendant in any manner but were not paid an overtime premium for hours worked over 40 in a workweek.

27. Defendants are liable to Plaintiff and collective members for their unpaid wages, plus an additional equal amount as liquidated damages, together with reasonable attorney fees and costs.

WHEREFORE, Plaintiff requests that this Court enter the following relief:

A. Permission for individuals who provide phlebotomy services for Defendants in any manner, are classified as independent contractors, and have not been paid overtime for hours greater than forty (40) worked in a week, to opt-in to this action, pursuant to § 216(b) of the FLSA;

B. All damages to which the named Plaintiff and collective members may be entitled;

C. Liquidated and multiple damages as allowed by law, including double damages for the FLSA claim;

D. An injunction ordering Defendants to cease their violations of the law as described here;

E. Attorneys' fees and costs; and

F. Any other relief to which Plaintiff may be entitled.

## JURY DEMAND

Plaintiff requests a trial by jury on her claims.

Dated: October 9, 2023						Respectfully submitted,

/s/ *David M. Blanchard*
David M. Blanchard (P67190)
Kelly R. McClintock (P83198)
BLANCHARD & WALKER, PLLC
Attorneys for Plaintiff
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
 (734) 929-4313
blanchard@bwlawonline.com
mcclintock@bwlawonline.com